[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 23, 2009
THOMAS K. KAHN
CLERK

No. 09-10451
Non-Argument Calendar

_____

D. C. Docket No. 03-00184-CR-T-30-EAJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TROY TASHER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 23, 2009)

Before BIRCH, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Troy Tasher  appeals the denial of his motion to reduce his sentence.  18

U.S.C. § 3582(c)(2). Tasher's motion was based on Amendment 706 to the Guidelines. We affirm.

The district court did not err by denying Tasher's motion. Tasher acknowledges that he is not eligible for a reduction of sentence as a career offender, United States v. Moore, 541 F.3d 1323, 1330 (11th Cir. 2008), but he argues that he falls within an exception to Moore because he received a downward departure. The district court departed downward on the ground that Tasher's criminal history category overrepresented his criminal record, which had no effect on Tasher's offense level. Amendment 706 did not have the effect of lowering Tasher's sentencing range. Moore, 541 F.3d at 1327–28.

The denial of Tasher's motion for a reduced sentence is **AFFIRMED**.